UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CASE NO.: 5:13-cv-37-oc-22 PRL

RUTH ROOT, individually, and
DAVID ROOT, individually,

        Plaintiffs,

v.

CARNIVAL CORPORATION,
A PANAMA CORP.
doing business as
CARNIVAL CRUISE LINES,

        Defendant.
_____/

## COMPLAINT

Plaintiffs, RUTH ROOT, individually ("Mrs. Root" herein), and DAVID ROOT, individually ("Mr. Root" herein) (collectively referred to as "Plaintiffs"), sue Defendant, CARNIVAL CORPORATION, A PANAMA CORP., doing business as CARNIVAL CRUISE LINES, (hereafter called "Carnival") and states:

1. This is a case of admiralty or maritime jurisdiction stating a claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure and Supplemental Admiralty Rules C and D as hereinafter more fully appears. This Court has original jurisdiction over this matter pursuant to 28 U.S.C. Sections 1331 and 1333.

2. At the time listed below, Carnival owned and operated the vessel named Carnival Dream and used it to transport persons for cruises out of Tampa, Florida.

3. On or about January 28, 2012, Mr. and Mrs. Root boarded the ship, Carnival Dream, for a cruise to several Caribbean ports, including Nassau and St. Thomas. During the cruise, on or about January 31, 2012, Mrs. Root was walking in the hallway near elevators on the ninth level of the Carnival Dream. At that time, Carnival, negligently designed and maintained a threshold in the walking area that created a tripping hazard. As Mrs. Root walked, she tripped on the raised threshold and crashed to the ground.

4. As a result, Mrs. Root was physically injured, suffered physical and mental pain and incurred medical expenses.

5. Mr. Root, Mrs. Root's husband, has lost the comfort, services, companionship, and consortium of Mrs. Root, and the losses are either permanent or continuing.

**THEREFORE**, Mr. and Mrs. Root demand judgment against the Defendant for damages in excess of $50,000.00, plus costs, and demand trial by jury on all issues so triable.

AYRES, CLUSTER, CURRY,
McCALL, COLLINS, & BANKS, P.A.

By: _____
James E. Collins
Florida Bar No.: 708460
21 Northeast First Avenue
Ocala, Florida 34470
(352) 351-2222
(352) 351-0312 facsimile
Attorney for Plaintiff
Email designations:
Jimmy.Collins@ayresclusterlaw.com
Marian.England@ayresclusterlaw.com
Service@ayresclusterlaw.com